IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 2:16-cr-57-KRG-KAP |
| STEVEN P. GRADOS, | :(Case No. 2:19-cv-1626-KRG-KAP) |
| Movant | : |

<u>Order</u>

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on January 4, 2021, ECF no. 121, recommending that the motion to vacate at ECF no. 91 be denied and that no certificate of appealability be issued.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. Movant filed objections at ECF no. 122 to the Report and Recommendation, which the Magistrate Judge addressed in a Memorandum at ECF no. 123 that noted that movant should be considered as having appealed from the Order at ECF no. 110. Movant filed a response to that at ECF no. 124.

After *de novo* review of the record, the Report and Recommendation and the objections thereto, including the movant's filing at ECF no. 124, the following order is entered:

AND NOW, this 2nd day of March 2021, it is

ORDERED that the motion to vacate at ECF no. 91, is denied, as is the appeal from the Order at ECF no. 110.  No certificate of appealability is issued. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Steven P. Grados
211 Thomas Drive
Pittsburgh, PA 15236